# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Mark A. Hale | ) | Case No. 1:16-cr-260 |

_____

On October 21, 2016, the Government filed an Information charging Mark A. Hale with the offenses of (1) unlawful transport of wildlife in violation of 18 U.S.C. §§ 3372(a)(1) and 3373(d)(2); (2) unlawful taking of wildlife in a national park in violation of 36 C.F.R. § 2.2(a)(1); and (3) unlawful possession of wildlife in a national park in violation of 36 C.F.R. § 2.2(a)(3). It also filed an "Afffidavit for Issuance of Arrest Warrant or Summons" executed by Grant Geis, Supervisory Park Ranger for the Theodore Roosevelt National Park.

The court finds that Ranger Geis's affidavit establishes probable cause to believe that Mr. Hale may have committed the offenses as alleged in the Information. Accordingly, court authorizes the Clerk's office to issue a summons for Mr. Hale.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court