IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **AVAILABLE PRIVATE FUNDS** |
| vs. | ) | |
| | ) | |
| Mark A. Hale, | ) | Case No. 1-16-cr-260 |
| | ) | |
| Defendant. | ) | |

Counsel was appointed because the Defendant had limited funds at the time of his court appearance. The court finds that funds are available from the Defendant for partial payment of compensation and expenses of court-appointed and/or for other services necessary for adequate representation, and that the Defendant is financially able to make partial payment for representation and/or other services necessary for adequate representation.

It is therefore authorized and directed that funds be paid by the Defendant to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502 as follows: $200.00 shall be paid by the first of every month until the case has been concluded. The first payment is due on or before December 1, 2016.

In the event the total amount approved by the court for compensation to court-appointed counsel is less than the total amount approved for compensation, the difference between the amount approved for compensation and the total amount paid by the Defendant shall be returned to the Defendant following conclusion of the case.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2016.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge